Seldon R. GLENN, Collector of Internal Revenue, Appellant, v. Dennis H. LONG, Appellee.

No. 9760.

Circuit Court of Appeals, Sixth Circuit.

Oct. 12, 1944.

Eli H. Brown, III, of Louisville, Ky., and Samuel O. Clark, Jr., J. P. Wenchel, and Sewall Key, all of Washington, D. C., for appellant.

Stites & Stites, of Louisville, Ky., for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel. And it appearing that the sole

question presented is one of fact as to the taxable year in which certain certificates of preferred stock of the Interstate Coal Company became worthless; and it appearing that the finding of the District Court that the stock became worthless in the taxable year 1939 is supported by substantial evidence: it is ordered that the judgment be, and it hereby is, affirmed.